✓ FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2003 JUN 30 P 3: 26

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |
| 3 | THE HON. ROGER L. HUNT, JUDGE PRESIDING |

```
 5   MARINA MILICEVIC,              )
                                    )
 6              Plaintiff,          )
                                    )
 7         vs.                      )   NO. CV-S-02-0471-RLH(LRL)
                                    )
 8   MERCEDES-BENZ USA, LLC, ET AL.,)
                                    )   DAY ONE
 9              Defendant.          )
                                    )
```

12        REPORTER'S TRANSCRIPT OF COURT TRIAL

13              Monday, February 3, 2003

15   APPEARANCES:

16   FOR THE PLAINTIFF:        CHRISTOPHER G. GELLNER, ESQ.
                               302 Carson Street, Suite 808
17                             Las Vegas, Nevada  89101
                               (702) 386-9393
18                                      and
                               DALE E. HALEY
19                             930 South Third Street, #300
                               Las Vegas, Nevada 89101
20                             (702) 455-4761

21   FOR THE DEFENDANT:        NERSESIAN & SANKIEWICZ
                               BY: ROBERT A. NERSESIAN
22                             528 South Eighth Street
                               Las Vegas, Nevada  89101
23                             (702) 385-5454

ORIGINAL

25                             LUCILLE M. LITSHEIM, CSR 349
                               Official Federal Reporter

LUCILLE M. LITSHEIM, CERTIFIED REALTIME REPORTER